**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Securities Intermediary,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERITAS LIFE INSURANCE CORP.,<br><br>　　　　　Defendant. | Misc. No. _____<br><br>D. Neb. No. 4:21-cv-03118-JMG-CRZ |

### AMERITAS LIFE INSURANCE CORPORATION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY MICHAEL BINDAY

Defendant, Ameritas Life Insurance Corporation ("Ameritas") respectfully moves this Court for an entry of an order under Fed. R. Civ. P. 45 compelling Michael Binday to produce all responsive documents in accordance with the Subpoena *Duces Tecum* served on Michael Binday by Ameritas (the "Subpoenas") in a STOLI case pending in the United States District Court for the District of Nebraska, *Wells Fargo Bank, N.A. v. Ameritas Life Ins. Corp.*, Case No. 4:21-cv-03118-JMG-CRZ (the "Nebraska Action"). The grounds for this Motion are set forth more fully in the accompanying Memorandum of Law and its exhibits.

Dated: August 25, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Matthew L. Elkin*
　　　　　　　　　　　　　　　　　　　Matthew L. Elkin (NY 4934352)
　　　　　　　　　　　　　　　　　　　COZEN O'CONNOR
　　　　　　　　　　　　　　　　　　　3WTC, 175 Greenwich St.
　　　　　　　　　　　　　　　　　　　55th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　　Tel. (212) 453-3786
　　　　　　　　　　　　　　　　　　　melkin@cozen.com

　　　　　　　　　　　　　　　　　　　Chase A. Howard (*pro hac vice forthcoming*)
　　　　　　　　　　　　　　　　　　　Nicolas A. Novy (*pro hac vice forthcoming*)
　　　　　　　　　　　　　　　　　　　COZEN O'CONNOR

One Liberty Plaza, Suite 2800
Philadelphia, PA 19103
(215) 665-2000
chasehoward@cozen.com
nnovy@cozen.com

*Attorneys for Ameritas Life Insurance Corporation*